IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN LEE LARSEN,

        Plaintiff,

v.

NICHOLAS MILLER, et al.

        Defendants.

Civ. No. 6:16-cv-01727-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 17), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed a "Notice to Strike Motion to Dismiss" (ECF No. 20) five days after Judge Coffin issued his F&R. While Plaintiff's Notice does not reference the F&R, I will receive them as objections for purposes of judicial expediency. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the report is correct.

    I adopt the Findings and Recommendation (ECF No. 17). Defendants' motion to dismiss, (ECF No. 11) is GRANTED. Plaintiff's Motions for Contempt of Court (ECF No. 4) and Motion

1 – ORDER

for Declaratory Judgment (ECF No. 13) are DENIED. Defendant's Motion for Extension of Deadlines (ECF No. 16) is DENIED as moot.

IT IS SO ORDERED.

        DATED this 13th day of January, 2017.

                              _____/s/ Michael J. McShane_____
                                      Michael J. McShane
                                   United States District Judge