IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRIAN LEE LARSEN**,

    Plaintiff,

v.

**NICHOLAS MILLER, et al.**

    Defendants.

**Civ. No. 6:16-cv-01727-TC**

**JUDGMENT**

**MCSHANE, Judge**:

Based on the January 13, 2017 Order (ECF No. 22) adopting Judge Coffin's Findings and Recommendation (ECF No. 17), this action is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED.

DATED this 17th day of January, 2017.

          /s/ Michael J. McShane
          **Michael J. McShane**
          **United States District Judge**

1 – JUDGMENT